In the Matter of the Claim of HAZEL SHEPPARD, Made on Behalf of REGINALD FLUDD, Respondent, against ALBERT J. DEMPS et al., Appellants.

Submitted April 10, 1944; decided April 20, 1944.

Motion by respondent to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 291 N. Y. 773.)

LILLIAN B. TUCKER, Appellant, *v.* ROYAL INDUSTRIAL BANK et al., Respondents.

Submitted April 10, 1944; decided April 20, 1944.

*Irwin Isaacs* for motion.

*Benjamin Miller* and *Marc Hermelin* for respondents.

Motion granted.